*Michael Winans, Jr. vs. United States, No. 12-20598, Hon. Sean F. Cox*

## INDEX TO EXHIBITS 1-19 IN SUPPORT OF PETITION FOR HABEAS CORPUS

1. Michael Winans, Jr., Affidavit

2. LaShay Winans-Whitt Affidavit

3. Margaret Raben Affidavit

4. Investor Contract with Michael Winans, Jr.

5. Investor Contracts with Desmond Weems

6. William Hatchett Disciplinary Record and Notice of Reinstatement

7. Vicki Winans Contracts

8. Tim Hunt Death Certificate

9. Winans' emails to Hatchett concerning investors and amount owed

10. Hatchett's statement to media at time of plea

11. Cease and Desist Order, State of Michigan, p. 1

12. Winans email to Hatchett of 2-7-13

13. Cover Sheet, Vicitim Notification Report

14-1. Investors on Government List who received more money than they invested.

14-2 Investors on Government List Unknown to Winans

14-3 Actual Losses of Investors on Government List

15 Arslanian Oakland County Consent Judgment

16 Letter from Vickie Winans attorney

17 Documents from Hurts' civil action in Wayne County

18 Hatchett statement to media after Winans sentencing

19 Marvin Winans, Jr.'s Investment contract