Winans Foundation Trust

On this __1st__ day of __August__, 2007, our company accepts your donation of $____5,000.00____.
Our intention is to take this gift and create financial independence for humanity. Sixty
days from the date of this signed agreement, Winans Foundation Trust guarantees to return at minimum the principle amount of the donation. Our plan is to return a financial gift back to you even greater than the principle amount. We would like to thank you for your trust and support in the endeavors of Winans Foundation Trust.

███████████████████████
(Donator's Name)

Marvin L. Winans Jr.
-------------------------
(Winans Foundation Trust) - Vice President