September 19, 2014

To: Judge Sean Cox, Theodore Levin U.S. Courthouse,
231 W. Lafayette Blvd., Room 257 Detroit, MI 48226.

From: Reverend Ketryn Y. Anderson

Judge Cox, I am writing this letter in regards to Mike Winans.  I know Mike through ministry and can attest that he is a wonderful man of God who Is needed in the community.   I have known Mike for over 15 years.  Mike has been a mentor to young men and women and has maintained a wonderful reputation through his community.  I am asking that the court take into consideration that Mike is a great asset to the youth of our day who are seeking guidance and mentorship.  Please also take into consideration that Mike has devoted his life to help mankind through good deeds and heroic service to those who are less fortunate.  Should you need further information please don't hesitate to contact me.

Regards,

Reverend Ketryn Y. Anderson

Date:   September 9, 2014

To:   Judge Sean Cox
      Theodore Levin U.S. Courthouse
      231 W. Lafayette Blvd Room 257
      Detroit, MI 48226

From:  Santwan Barksdale
       

    I draft this letter to give my personal impressions of Mr. Michael Winans Jr. and his character as it relates to my interactions with him over the course of these last few years.  Mr. Winans has proven himself to me to be a man of character, strength and fortitude in the midst of very trying times as it relates to simply enough, my chauffeur business.  When I thought there was no individual that could be counted on to faithfully represent what they say and what they do, here comes Michael Jr. with a desire to see me succeed and overcome my problems.  He took an interest in me remaining optimistic in facing the challenges I had at that time, and to press through the adversity.

    Last year, prior to his sentencing, I had been given the opportunity to double my company in size and revenue, and initially reached out to many capable persons, only one person was able to make up for what others repeatedly failed to do and commit to.  In spite of his youth, Mr. Winans dedication to serving people helped me survive and maintain a business when I was contemplating throwing in the towel because of associate drivers with ulterior motives and hidden agendas. On one memorable occasion, Mr. Winans went as far as to do something that I have not seen before in this concierge related industry.  In spite of a VIP customer's error in scheduling a particular pickup and departure and faulty GPS mapping, Mr. Winans actively took responsibility and assumed the posture of offering a documented apology letter to the client for the mishap, EVEN THOUGH the mishap occurred on their scheduling side and was later confirmed to have been an ongoing problem with the VIP's internal scheduling team across several other transportation vendors avenues. To me, this is Stellar!

    Since Michaels sentencing, I still don't find a man discouraging others about a lack of due process or the mitigating circumstances that contributed to his incarceration. HE'S CONSTANTLY ENCOURAGING OTHERS TO BELIEVE AND HOPE.  I can't find a single incidence where he goes on ranting about the pain of being separated unjustly from his family. I only see a man honestly and courageously facing head on an unimaginable arrangement of unfortunate occurrences aimed at his life, and that of his family and career.  He's choosing not to coward with an easier way out.  He's choosing not to complain about it.  He's choosing to believe in a higher set of values, one in which due process demonstrates the balance of justice that he, also, is not to be deprived of.

    In my personal opinion, referencing this webpage :
(http://dearbornunderground.blogspot.com/2011/05/inside-outside-upside-down.html) among many other things, if I discovered that the assistant State's Attorney (the attorney of record Mr. Abed Hammoud) was in partial or in full...sympathetic to anti-Christian/pro-terrorist groups such as the Muslim Brotherhood, and I'm a

Christian whose file comes across his desk...I would be very concerned about equity and fairness of charges from a D.O.J. prosecutorial standpoint, from a plea bargain standpoint, from a miscarriage of justice standpoint. Michael is handling this much more courageously than I could stomach.

I think I am a reasonably fair judge of character, having interacted with thousands of clients from all levels of society across the nation. Mr. Mike Winans Jr. can be trusted to do what he says he will do, within his means and power to do it, especially with a level playing field. I trust him, and will do it again, he's been tested during the most trying times of raising his new family....he's proven himself to me to be a man of substantial and deeply rooted integrity, an honest man, a family man, a God fearing man. I may not be a perfect man, but I sure feel like not giving up in doing what's right, looking for the opportunity to make right what is derailed and to set overwhelming matters straight... this inspiration coming from watching Mr. Winans weather this adversity at a young age than I. He is an asset to his family, to friends, to society and to me. I see him as a heroic agent for change today, and a viable candidate for such considerations.

Respectfully,

Santwan Barksdale

9-18-2014

Michael Bernard

~~███████~~

Dear Judge Sean Cox,

My Name is Michael Bernard. I'm
a retired Iron Worker. I'm a
partner of Spirit of Faith
Christian Center in Ellicott City
M.D., where I met Michael Winans.

I Know Michael to be a caring
family man, who cares deeply
for his family. I've Known him
almost five years. I've witness
him helping other people in Need.
He always carried himself like
a gentlemen. He has always been
an upright man, who wouldn't
intentionally hurt anyone. In closing,
I hope the court will consider
reducing his Sentense, which would
allow him to be an asset to
Society at large.

Sincerly
Michael Bernard

Oct 8 2014

First Lady Celeste Brinkley

Dear Judge Sean Cox

My name is Celeste Brinkley

I have three sons and my sons

grew up with Michael Winans Jr.

We have been knowing Michael

over 30 yrs. Michael has always

appear to be a very nice young man,

very caring growing up, Polite, Always

with a smile on his face.

If ever something needed to be done

he was always there to lend a

helping hand. Michael never seem to

be the type overly aggressive, somewhat

laid back, but very approchable

Thank You for your time and Consideration Judge

Sean Cox.                                Sincerely Celeste Brinkley

To Whom it May Concern,                                   October 13,2014

I can't say enough about the character and integrity of Michael Winans Jr.. I have
attended church with the Mike and Stephanie Winans for several years, serving with
them on the Praise Team, at Spirit of Faith Christian Center. We have developed a
friendship that has grown into extended family. I have grown to respect, trust and
love Mike as brother.

During the time of his trial, Mike did not hide information or stop his involvement in
church. He demonstrated character and integrity throughout this ordeal. His faith
and trust in God, has served as a testimony. Even in adversity, his positive attitude,
desire to help others and genuine kindness has been demonstrated.

I am proud to be friends with Mike Winans Jr.! His faith, character and integrity
during this time continues to exalt and glorify God, as he demonstrates the scripture
in Job 13:15, Thou he slay me, Yet will I trust Thee! As the world tries to tear Mike
down with their misunderstandings, misinterpretations, and down right lies about
what happened, Mike has had the disposition and demeanor of 1Corinthians 4:5,
Therefore judge nothing before the appointed time; wait until the Lord comes. He
will bring to light what is hidden in darkness and will expose the motives of the
heart. At that time each will receive their praise from God.

I stand with Mike and Stephanie as we wait for God to move on his behalf.


Blessings and Favour!

Karen Cushman

Judge Sean Cox
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd. Room 257
Detroit, Mi 48226


Good day Judge S. Cox,

    I Dedra Davis am writing this letter on
behalf of Mr. Michael Winans Jr., who is
a man of great character, a very warm
loving man. He is one who has always
been willing to help others in time of need,
Also, to bring comfort to a situation when-
ever possible.
    I've known "Mike Jr." affectionately
called by family and friends, for over 20 years.
He has grown to become one who gives of
himself unconditionally.
There is an annual "High School Talent Show"
he puts on in Detroit, Mi. I've attended
it is a wonderful affair a place where
teens are able to display their talents
and are rewarded with a potential record
deal and or monetary gift, all sponsored
and organized by Mike Jr

Mike Jr. is a business oriented gentleman
who doesn't mind advising one who wants
to venture in business. He helps in
whatever compacity you need him to assist
in unselfishly, being a family man, yet
gives freely to help to see your project
through.
Men like Michael Winans Jr. are needed
in this climate.
   I feel that humanity along with
those that are affected socially by his
contribution would suffer gratefully by
having him to be isolated from humanity
in such a time that we're living in.

Respectfully,
Dedra Davis

Geoffrey Davis JR

Dear Judge Sean Cox

I'm writing this letter on behalf of my god brother, Michael Winans Jr. I've known my god brother Mike my entire life. Mike is a man of Integrity who has a giving heart. Mike love the city of Detroit so much that he always came up with opportunities for people to have the chance to be successful in life, and that is what I admire about him. Mike is a loving husband and father, and he absolutely loves the LORD. Mike is a perfect example of man who loves to give and create opportunities for people to accomplish dreams and goals. For example, I remember back 2006, Mike had a talent show for the youth of Detroit to display their talents in order to give them the platform to display their gifts, and the winner of the competition would receive free studio time, and also that winner will be able to record their first single and potentially get discovered. That opportunity blessed many inter city youth lives because it was an outlet for those to display their talent that could possibly change their lives forever, and I am glad that I got the chance to witness that

event. Through this letter, I hope you can see what I see in my god

brother because all of this blame that he is receiving for something

that he didn't do is wrong. He's a man of integrity who has a giving

heart.

Geoffrey Davis Jr.

Vanessa Davis

Dear Judge

My name is Vanessa Davis, I'm a very close friend of the Winans family, I've been knowing them and Mike for thirty years, and throughout the years I have never, ever known Mike to be a dishonest or a diceipful person, he's always been the type of person to help someone in need, his whole family is that way. I have two sons ages 25 & 29 and they both look up to Mike, they have Christian music in common and Mike was very helpful to them.

Judge if you could just take a moment and talk to Mike, I know it's maybe something you don't do, but you will find the type of young man, Son, Father & husband he is, But just don't take my word for it, ask the people that he is around right now. Mike has put on talent shows for the young people in our city, and he would also have Bible study at his studio after a session, these are great things that this young man has done, and he did it from his "HEART". Judge, as I write this letter, I'm praying that God will open your heart to see Mike as I do.

Grace & peace
Vanessa Davis

Evelena Dawson

To Whom this May Concern,

     Hi my name is Evelena Dawson, I've been living in Maryland for over 5 years now and I've been married for over 7 years and I have an almost 5-year-old daughter. My husband and I first met Mike Winans and his lovely wife at a friend's birthday gathering. We seemed to have clicked right away. My husband was already acquainted with Mike from serving together in our church ministry, but it was my first time meeting them both.

     My first impression of Him was that he was such a down to earth person with such a very genuine personality. He and his wife were just so easy to talk to and get along with. We just seemed to click with them.

     I've known Mike now for about 2 years. My husband and I started hanging out with the couple and spending a lot of time with them before Mike left.

     Even though I've probably known him shorter than most I've learned a lot about him. Mike is the kind of person you want to be around because he is so positive about things and he seems to let things just run off his shoulder. That's a quality I wish I had in myself.

     He also is very humorous and he seems to not let things bother him. He's the type of person that can take a negative situation and find the positive in it.

     Mike has a heart of gold. He served in our church youth departed and on the praise team. He also went out serving our community by serving the homeless on a monthly basis. He has a heart to serve others and if you get to know him you'll see that.

     I can't understand why a person like him is where he is at this moment. But I hear that he has     taken this negative situation and made it positive, but with all honesty Mike doesn't deserve to be in a place like this.

     He has a wife that loves him dearly and a daughter who needs her father. Mike is a good man and he deserves to be enjoying his life with his family and out here inspiring others. It's what he's good at. He's a man of inspiration and he has a genuine love for people. You don't meet too many people like Mike Winans. He deserves the right to be heard. He deserves the right for people to see the good, kindhearted genuine man that he is and most of all he deserves his freedom.

Thank you for taking the time to read this letter,

Sincerely,

*Evelena Dawson*

Evelena Dawson

Robert Dawson



Dear Judge Cox:

Hello Sir, my name is Robert Dawson. I am a friend of Michael Winans Jr. I have only known Mike for about 2yrs now however I can say he is one of the most positive, encouraging, and compassionate individuals I know. I met him volunteering at our local church serving the youth and I was inspired by his desire to help those in need. I really respect and admire the way that Mike love and cares for his daughter, wife, extended family and friends.

I have been around some great leaders and men throughout the course of my life. My grandfather Herman Holloway Sr. was a state senator in Delaware for over 20 years and my uncle served as a state representative. In my opinion Mike is a wonderful person and I truly believe that he will do more good in our society outside of jail then in and I will echo what my wife has said about the importance of 2yr old daughter needing her father. She is a beautiful little girl and I am confident Mike will do a great job raising her.

It is my hope that you will take what I am sharing with you into consideration and that Michael's sentence will be reduced and that he will be released sooner rather than later. I thank you for taking the time to read this letter and greatly appreciate it.

Respectfully,

Robert Dawson

To: Hon. Judge Sean Cox
231 W. Lafayette St
Detroit, MI 48226
RE: Michael Winans, Jr.


     I am submitting this letter of character on behalf of Michael Winans, Jr.  I've known "Mike" for a couple of years now, and since the time we've been acquainted, he's been a wonderful friend and mentor. He comes from a great family, and has an incredible family of his own, including a beautiful wife and daughter. I've discovered during the duration of our relationship that Mike is a man of faith, a loving husband, and a proud father. Along with those qualities, he is also a respected professional in the music industry, building strong relationships with music executives and artists alike.

As an aspiring songwriter, I was introduced to Mike through a mutual friend who thought we would become fast friends, and we certainly did. From our frequent conversations and dialogue, I discovered we shared the same vision musically, were family men, and made faith our top priority. Mike has been instrumental in my music career, as well as a dear personal friend. We have a friendship that I believe will last a lifetime, and I can't express my gratitude enough for all he has done for myself and my family.

Judge Cox, I know it is your duty to render judgment on this case, but it is my sincere hope that you can look at the whole person that is Michael Winans Jr., and not just the incidents in question. None among us are perfect, but we live in a nation of second chances, and my hope is that Mike is granted a second chance and opportunity by way of leniency from this court.


Sincerest Regards,

Ronnie Edge Jr.

**Glenn F. Ivey**

**Subject:**                          FW: Donna Elliott's Character Letter for Mike Jr.

Date: Sun, 25 Jan 2015 23:56:15 -0500
From: ██████████████
To: ██████████████
Subject: Donna Elliott's Character Letter for Mike Jr.

*January 21, 2015*

*Honorable Judge Sean Cox – Room 257*
*Theodore Levin U.S. Courthouse*
*231 W. Lafayette Blvd.*
*Detroit, Mi 48226*

*Dear Honorable Judge Sean Cox,*

*My name is Donna Elliott.  I have been a Licensed Vocational Nurse in the state of California, for 26 years.  I have known Michael Winans Jr. for his entire life.  During the mid-80's, I had the pleasure of meeting Michael and Regina Winans who were here visiting in California.  Regina was pregnant with Michael Jr. at the time.  He was born during that visit, so I always referred to him as a "California Boy", even though he was a "Detroit Boy" to his heart.  My many encounters with "Lil' Mike", as we called him, were always a fun filled experience.  Even as a young boy, he was always the "life of the party" and making fun of a "California Girl", like me, who was making snow angels in Detroit at the first signs of a snowfall.*

*"Lil' Mike", always seemed very ambitious.  At a young age, he began following the music path that had been set before him through his dad and other family members.  Always eager to learn, he took life with a charge.  A loving, kind, funny, ambitious, thoughtful, family-oriented, God-fearing young man, is just a small portion of a guy to whom I've had the pleasure of knowing for so many years. I wouldn't take back any encounter I have had with "Lil' Mike", because each shares very close to my heart.  He made sure of that!  Now, a grown man, he still holds the same morals of his upbringing that were diligently instilled in him.  I honestly feel he would never intentionally do anyone any wrong, knowing through our Christian belief, that he would be held accountable on Judgment Day.*

*Sincerely Yours,*

*Donna Elliott of Upland, California*

Attn: Judge Sean Cox
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 257
Detroit, MI  48226

Dear Judge Sean Cox,

I have had the pleasure of knowing Michael Winans for over 14 years. During the years of our friendship, I have known Michael in many capacities.  I believe I am in a position to speak to Mike's moral character, so I hope you will take this letter into account when making your decision.

Michael Winans is, in short, a genuinely good person. He has always been kind and generous with others. He has a strong sense of duty which he applies to his job, family, and community. There have been many occasions in which Mike has personally helped me through a difficult time in my life by counselling me, praying for me, and stepping into assist with many of my responsibilities on my behalf. To know Mike is to love him. I honestly don't think he's ever met a stranger. I can honestly say Mike saved my life when I was battling some personal struggles and I wanted to give up.

Not only is Michael a wonderful friend he's an awesome father and husband who serves his community through various ways at his church and local youth centers. Even in his current situation Mike is still ministering and counselling many of the inmates. He has been a beacon of light to some of the men in his facility. Mike has touched so many lives in his 32 years of life. Writing this letter in support of Michael Winans is the least I could do for someone who has done so much for me.

It must be difficult for you to make decisions like this when you don't actually know the person standing in front of you personally, so I hope you will look at my letter and hopefully the countless others you're receiving, and understand that Michael Winans is the kind of person people rally around. That alone speaks volumes to his character, so please let that be a factor in your decision.

Sincerely,

Maya Marie Fykes

1/16/2014
Judge Sean Cox
Theodore Levin
U.S. Courhouse
231 W. Lafayette Blvd. - Room 257
Detroit, Michigan 48226

This letter is to Michael Winans Jr. I have known Mike Jr. since he was a young child. He was raised with God fearing friends and family. I watched Mike grow into a young man and then an adult where his musical career came into significant success.

I have always known Mike to be a loving, caring, and kind person. Ultimately, his desire is to connect with people, help them, and contribute to to their success. I have known Mike Jr. to be church going, God fearing, and people loving, just like his parents raised him to be.

I have seen Mike Jr. be very helpful to other artits in the music industry. I have done several calls and production planning meetings with him where he gave of his time selflessly in the process and while not receiving any renumeration for the consultation. Mike Jr. is a giving and a great man.

I have also known Mike Jr. to be very active in his local church when he lived in Michigan. He was active in community events and church outreaches. He has given much of his time to develop other artists and to help youth and families in the community.

I hope this is helpful in the witness of my experience and Mike's character. I have only known him to be as described above, loving, caring, and kind. In addition, he has exhibited loyalty, hard work hapbits and a great husband and now Father.

Don Gardner

Mr. & Mrs. Mervin O. Giles

██████████████████

██████████████████

September 15, 2014

To Judge Sean Cox:

We are writing this letter of character reference for Mr. Michael Winans because we believe him to be a person of character, integrity, and spiritual centeredness.

We met Mr. Winans when he began going to our church in Temple Hills, Maryland in approximately 2008. We became fast friends and were honored guests at his marriage to Stephanie in 2009. Mike, Stephanie and their daughter, Ari, are a lovely, loving family. We have socialized with them on countless occasions, from casual dinners at one another's homes to the surprise birthday party thrown for Mike's 30th birthday. We saw them regularly at church, and they were active and participatory. They lived a modest life and lifestyle and there was never any hint of impropriety in his dealings.

The things for which Mike has been sentenced to 13 years and 9 months in prison are totally out of his character, and we believe him wholeheartedly when he says the situation was not the way it was portrayed to the public.

We firmly believe that the judicial system should and will review the facts of Mike's case and treat him more fairly and sentence him to time that is more commensurate with his level of culpability in this matter, rather than make him the scapegoat for a financial investment gone wrong.

Thank you for your time and attention.

Sincerely yours,

Mervin O. Giles

Candace C. Giles

Winans Letter1.doc

Erika Glenn



Judge Sean Cox
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 257
Detroit, MI 48226

October 9, 2014

Dear Judge Cox:

My name is Erika Glenn and I am a cousin of Michael Winans Jr. ("Mike"). I've known Mike my whole life therefore I feel qualified and confident to attest to Mike's character.

Growing up, I spent a significant amount of time with Mike. Our grandmothers were sisters so we've shared many experiences together. Of those experiences, the quality that stands out most about Mike is his maturity. Amongst our group of cousins, Mike was always the most mature. Even as youth and teens, he was always purposeful about making wise decisions and using discernment before completing a task, or even something as simple as, deciding which park to go to play as a group.

While I believe his level of wisdom and maturity was largely in part due to our family's deep roots in faith, I also believe that those traits were simply a reflection of his character. Our grandmothers instilled the values of faith at a very young age, and in turn Mike applied those lessons in order to practice discernment and use wisdom.

During many of the times that we spent together, Mike was always teaching, encouraging and building me up to do better and to be better. Therefore, these are the things that come to mind when I think of him.

One of my most memorable conversations with Mike occurred when I was a sophomore in college. I had gone through a difficult experience with a friend, and his advice to me was to *"follow my peace."* As our conversation went on, he expounded by explaining that the greatest feeling in the world in any situation was to have peace; and if there wasn't peace, it was a great indication to move away from that situation (person). Towards the end of our conversation, he explained how he lived by that principle in everything he did and how he never allowed anyone to interfere with that decision, no matter how great or alluring he or she appeared to be. That conversation took place over 10 years ago but it's the thing I remember most about my cousin. Not his accolades, not his media attention nor his achievements...just those words of wisdom because they are words that I continue to practice and apply today.

As you consider your plan of action in my cousin's case, I ask that you reflect upon the words and stories of individuals such as myself, who best know the depths of his character.

Michael Winans Jr., is a man with a solid commitment to being honest, discerning and wise.  I stand by my attestation of his character, and I ask that this Honorable Court consider my statement when making its decision.

Thank you in advance for your consideration.

Respectfully,

Erika L. Glenn

Judge Sean Cox

Theodore Levin U.S. Courthouse 231

W. Lafayette Blvd., Room 257 Detroit, MI 48226

My name is William Griffin, and I am writing this letter on behalf of my close friend Mike Winans. Mike and I met at a church in Philadelphia back in 1999. Mike was very impressed by my singing talent and from then we started working on music together. We had a passion for Gospel music and our friendship grew very close in a short time. I would take trips out to Detroit at least a few times a year to work on music, and just get to spend time with Mike. At times he would buy a plane ticket for me to visit. During those visits I would witness Mike very involved with the youth in the community. Hosting functions to help young people turn their life around. Such as, youth fellowships, teaching classes on studio engineering, motivational speaking, concerts to help promote local unknown artists, and many more things. I was always so impressed with how generous and caring he is with people. Mike is one of the most humble people I have ever known.

I feel that the way the media has portrayed Mike after the fallout of the wire fraud is a total lie. Everything that I have known Mike to do, is to help others. I know in my heart that he could never be involved in something with malicious intent. Mike has only ever had positive intentions in everything he does.

My intentions in writing this letter, is to express how valuable Mike is as a positive impact on his community, friends and family. I hope for his early release so he can get back to the positive things he loves to be involved in. Mike is of incredible value to society. So my prayer is that you will take these things I have written under consideration.

Sincerely

William Griffin

# Red River, LLC

100 International Driver, 23rd Floor | Baltimore, MD 21202 | www.redriverllc.net | 443.759.3824 | wes@redriverllc.net

September 15, 2014

Honorable Judge Sean Cox
Theodor Levin U.S. Courthouse
231 W. Lafayette Blvd, Room 257
Detroit, MI 48226

Dear Honorable Judge Cox

My name is Wesley Guerrier. I am an entrepreneur (part-time), work full time at Morgan State University, a father of three daughters, a videographer, an aspiring investigative journalist and individual investor.

Mr. Michael Winans and I have been friends for over 3 years. I know Mr. Winans as a man of talent, a man of high integrity, a big heart and a committed father of a beautiful young family. I met Mr. Winans and his family at a concert several years ago in Baltimore, MD. Since that time, I've also had the privilege of being invited into his home and to interview him.  The most impactful experience I've had with Mike was during an exclusive one-on-one interview detailing his experiences related to the investment scandal that has changed his life forever.

What I can say for certain is that the man I met in Baltimore was the same man I encountered and have gotten to know personally. He is a man of enormous character. He is a devoted father, exceptionally talented and a man of great spiritual conviction. Mr. Winans is a man with a conscience. He holds his head up high and has shown me to be one that knows his worth, and one that values his influence and leadership.

My wish is that the courts carefully consider the evidence, the man, his influence, his integrity, and his commitment to doing what's right and most importantly his devotion to his family.  Your consideration, wisdom and understanding would be greatly appreciated.

Warm Regards,

Wesley Guerrier
**Creative Director**

# w w w . r e d r i v e r l l c . n e t

September 21, 2014

Mrs. Nancy Harmon



To Judge Sean Cox


My name is Nancy Harmon I'm a minister that served alongside of
Michael Winans at Spirit of Faith Christian Center. I met Michael through
my husband in 2009. Michael and his wife had recently relocated to Mary-
land and became members of Spirit of Faith Christian Center. At the time
my husband and I were leaders of the teen ministry. Michael immediately
joined us in serving the teens of the church. Michael's excitement and pas-
sion for the teens was truly genuine. He touched so many young lives and
challenged the young teens to make positive choices. Michael was our
praise and worship leader also ministered to the youth as well. I recall Mi-
chael staying after our youth services and hanging out with the teens and
sharing with the youth. Serving with Michael was a great experience. His
willingness to serve and compassion to help others showed me Michael's
greatness. We did not only become fellow ministers of the gospel but, our

relationship evolved to family. In the five years that I have known Michael Winans I had the pleasure of knowing a man of great character with a huge heart. I earnestly beseech the court to take into consideration Michael's admirable deeds.

Sincerely yours,

Nancy Harmon



September 15, 2014

Judge Sean Cox,
Theodore Levin U.S. Courthouse,
231 W. Lafayette Blvd., Room 257
Detroit, MI 48226

Your Honour,

RE: Character reference for Mike Winans

My name is Shawn Hay and I am the founder of the Hey Papi Promotions Network which was created to keep people updated of Christian, faith-based events and community service activities across the world. Mike Winans has supported and volunteered at a couple of events my company was hired to promote.

I was officially introduced to Mike Winans by my client/friend Sheila Stewart, who was also a celebrity and very well known in the community. Before she gave me Mike's telephone number she highly encouraged me to work with Mike in any of his community service events. By working together on numerous events we became friends, now I have known Mike Winans for over 5 years.

Mike definitely has a heart for the community and for those who are less fortunate. For example, we worked together on two successful community outreach events (Praise Fest of Laurel Lakes and the Annual Sheila Stewart High School Gospel Choir Competition). Most recently I worked with him on marketing his Music 0101 classes to the public to teach the youth and adults about the fundamentals of the music industry.

Mike has always been a great person and has always volunteered his time for the community!

If you wish for me to confirm any of the above, please do not hesitate to call me directly on (301) 641-0814.

Yours Sincerely,

Shawn Hay
Vice President
Hey Papi Promotions

---

**Hey Papi Promotions, A Christian Marketing & Public Relations Company**
34 Barberry Court, Upper Marlboro, Md. 20774 Office/Fax: (301) 324-7564
Website: www.HeyPapiPromotions.com

SPREADING THE GOSPEL THROUGH PROMOTIONS & ENTERTAINMENT

January 26, 2015


Francine E. Houseworth


Judge Sean Cox
C/O/ Theodore Levin
U.S. Courthouse
231 W. Lafayette Blvd.
Room 257
Detroit MI 48226

Dear Judge Cox:

I am writing this letter to humbly request reconsideration in the case of Michael Winans Jr.,
Michael Jr. was sentenced to 14 years of confinement following a February, 2013 conviction.

I have been a resident of the metro Detroit area for the past 68 years. In dedication to enhancing my
community I volunteered to serve in numerous community organizations. As have many residents, I
am saddened by the decline that has occurred over the past several years in the city I call my home.
I say this so it is clear that my conscience would not allow me to offer support to anyone whom I felt
solely due to personal greed callously contributed to the decline of the citizens of Detroit and its
supporting communities.

My relationship with the Winans' family began before Michael Jr. was even born. His uncle and I
worked together at DTE Energy where I was employed for 28 years (then MichCon).  His
grandfather had just begun to work with his talented sons in what would become an astonishing
and successful musical career.  I met Michael Jr. in 2000, unlike he has been portrayed; I never
experienced him attempting to capitalize on the Winans name. In fact, I recall having to ask if he
was in fact related to his uncle Marvin even though they shared the same last name. Judge Cox, not
once in my dealings with Michael Jr. did he use his family name as a tool to gain attention or
prominence.  I was completely surprised this allegation was made because this was not the young
man I have known for the past several years.

The Michael Winans Jr. I know earned my respect because of the way he treated me as an elder. I
was impressed by his obvious close relationship with his parents Michael Sr. and Regina. He
exhibited a consistent protective demeanor to his younger sister, Shay and I never questioned the
love and obvious reverence he showed for the young lady who would become his wife, Stephanie.
There were also many occasions in which I was able to watch Michael Jr. in his interaction with his
peers.  In my observation he had gained their respect as well.  Many times he offered his guidance
and support to them and their desires to pursue careers in the music industry. I was privileged to
discussions of him offering to share his knowledge in writing and producing music. He went further
and made his studio available to them.  I do believe many of them sought information about any
business endeavor Michael Jr. may have been involved in, but more because of the trust he had

honestly earned.  I believe Michael Jr. when he states he thought he was helping people. His intentions may have been misguided but none the less "genuine".

I believe he should be granted an opportunity with the proper representation and guidance to have his case again revisited. Judge Cox, my hope is that at the least some reconsideration will be given to the lengthy sentence Michael Jr. was given.  I have asked myself honestly to search my being and ask, "What is the good in having Michael Jr. away from his family or society?" In my heart of hearts I honestly cannot see any benefit to having this young man incarcerated. I believe once released Michael Jr. will dedicate himself to finding a way to repay all of society for the wrongs he may have unwittingly done. I think he will serve in a ministry to young men like himself who may be led wrongly simply because of naively believing all people are "good".

I thank you for your time in reading my letter and hope that in some small way it will provide a clearer and complete view of this young man that even now I hold in great regard.

Sincerely,



Francine E. Houseworth

**Glenn F. Ivey**

---

Subject:                          FW: Booker Howard's Character Letter for Mike Jr.

---

Date: Sun, 25 Jan 2015 23:55:23 -0500
From: ██████████████
To: ██████████████
Subject: Booker Howard's Character Letter for Mike Jr.

January 19, 2015


Honorable Judge Sean Cox – Room 257
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, Mi 48226


Dear Sir,

First, let me thank you for taking time to read my letter.  My name is Booker T. Howard.  I am a professional businessman, father and grandfather of Los Angeles, CA. This letter is to address the concerns and character of Mr. Michael Winans Jr.  This is not to try to sway you or your judgment of right and wrong but to ask you a question.  If a person is raised by parents and grandparents, that direct them in a just and righteous way, how possible is it for that person to leave that character or that pedigree?

This is not a challenge, but this a question that I have repeatedly asked myself. You see, Your Honour, I know the parents, grandparents and family of Mr. Winans, and that demeanor does not reflect the allegations brought against him. You don't know me and we my never meet on this terra firma, but there is one thing I know that we share, and that is wisdom, experience and common sense.  I cannot vouch for the allegations bought against Michael Winans Jr., but I can speak for his character.

From the time I have known him and his family, he has not left these just and righteous habits.

Again, I thank you for taking the time to read my letter.


Yours Sincerely,

Booker T. Howard

1

# eagles nest church

November 18, 2014

Glen F. Ivey, Leftwich & Ludaway
1400 K Street N.W.
Suite 1000
Washington, DC 20005

Dear Counsel,

My name is Pastor Lee Allen Jenkins.  I am the senior pastor of Eagles Nest Church in Roswell,
Georgia.  I am writing this letter as a character reference for a family friend and young man that
I have known since he was five years old, Michael Winans, Jr.

As you know, in sports, in order to be considered one of the all-time greats, an athlete's "body
of work" is more heavily weighed than a single game performance.  Any athlete can look like a
superstar or a maladroit on any given day.  However, what determines the athlete's true worth
is his body of work, his life trajectory, and his track record.  Michael Winans, Jr. track record of
integrity, caring about people, faith in God, and love for family speaks to the kind of man he
truly is.

Therefore, I am asking you to respectfully consider that this young man has NEVER been in
trouble a day in his life.  His track record of doing right by people and most of all, doing right by
God, is exemplary.  His severe sentence deserves to be reconsidered.  He should be given as
much leniency as possible because of the type of man, son, father, husband, family member,
and friend he has been to hundreds of people.  Please keep these things in mind.  Michael is an
outstanding young man with a bright future.  Thank you for your help.

Warmest regards,

Lee Allen Jenkins
Senior Pastor
Eagles Nest Church
50 Mansell Ct.
Roswell, GA 30076
(404) 955-4648

www.eaglesnestchurch.org

September 15, 2014

Theodore Levin
United States Courthouse
231 W. Lafayette Room 257
Detroit, MI 48226
**Attn.: Honorable Judge Sean Cox**

*The ultimate measure of a man is not where he stands in moments of comfort, but where he stands at times of challenge and controversy. ~ Dr. Martin Luther King, Jr.*

Dear Honorable Judge Cox:

Great triumphs have been realized by those who consider themselves to be champions in life, and not victims of circumstance. Sometimes, life deals us cards that do not promote winning, but it is in that circumstance that we decide whether to bluff that losing hand or to defer victory to our fellowman. In our quest to be all that we were meant to be, we have laid before us the difference between that which is right and that which is not so right. It is in that difference in our human innateness that causes us to choose what we think is right at the time of judgment of certain situations in life.

My name is Clarice L. Johnson. I am the youngest sister of Regina M. Winans, the mother of Michael I. Winans, Jr. As the aunt of Michael, Jr., I have known him before his conception. Throughout his childhood and adolescent years, Michael, Jr. portrayed extraordinary levels of academic excellence, as he acquired and maintained scholarly achievements in school. His stellar likability and charismatic demeanor created a fiercely energetic environment around him, which helped develop his social acumen that was the envy of men twice his age. As he grew into an incredibly talented young man, his love of music and the skill he possesses in playing musical instruments, singing, and his overall gift of being a musical genius astounds everyone he encounters. Michael, Jr. is a loving husband and a doting father who works diligently to build a strong family foundation. That family foundation springs from generations of people, his parents, grandparents, great-grandparents, who instilled moral values, integrity, honor, justice, equality and fairness in him, before and throughout his life. Michael, Jr. is the offspring of a legacy that exudes demonstrative and unconditional love that surrounds him during this challenging time.

There are no times more like challenging times that family should lean towards each other to show support, to give encouragement and love. Today, I offer that and more to my dear nephew, Michael Isaiah Winans, Jr. as a testament of how strong families build strong communities. Thank you for your time.

Sincerely,

Clarice L. Johnson

Email:

Claudia Johnson

███████████████

October 3, 2014

Judge Sean Cox
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 257
Detroit, MI 48226

Dear Judge Sean Cox,

My Name is Ms. Claudia Johnson and I am presently the administrator, as well as, a teacher at the St. Albans Deliverance Christian Academy. I have held these two positions for twenty-nine years. I am also currently the youth pastor for my church, St. Albans Deliverance Temple.

I have known Michael Winans, Jr. for over twenty-five years, and in that time span he has proven to me to be a very respectable, God-fearing, young man. I became acquainted with him during his adolescent years where I witnessed him to be a young man who was focused and reliable. As I watched him mature, I knew he was destined for greatness. He had several loves: God, family, and music, and I witnessed him dedicating his life to them all. He is a young man that loves people, and I know personally he will do anything to help his fellow brother and sister. For me personally, I have been able to depend on Michael for anything, and if it was within his power he would do everything to help me out. I do trust and pray that you would take all of Michael's good qualities and acts of kindness under consideration.

Yours truly,

*Ms. Claudia C. Johnson*

Ms. Claudia C. Johnson



# A PRAYING MOTHER PRODUCTIONS
### ( SPECIALIZING IN POSITIVE ENTERTAINMENT )

P.O BOX 62521 – LOS ANGELES, CA 90062  - PH . (323) 286-5151
E-MAIL – JOHNSON-ERNEST@ATT.NET

January 27, 2015

HONORABLE JUDGE SEAN COX
THEODORE LEVIN U.S. COURTHOUSE
231 W. LAFAYETTE BLVD. ROOM 257
DETROIT MI 48226

TO THE HONORABLE JUDGE SEAN COX,

My name is Rev. ERNEST J. JOHNSON, C.E.O. of a PRAYING MOTHER
PRODUCTIONS.  I have known Michael Winans Jr. for many years, and have
known his parents, Michael and Regina Winans; even longer.  I can truthfully say
that this young man comes from "Good Stock".  Mike Jr. is a Christian and he
really loves THE LORD, and he would never knowingly do anything Wrong to hurt
anyone.  Mike Winans Jr. is the type of person that will give you the shirt off of his
back. He is A GIVER, NOT A TAKER.

I would never tell a lie to get a person out of trouble.  I didn't even do so when my
own Son got into trouble with the law. because he was guilty.  If I would have lied
for him, then that would have made me just as guilty as he, in my God's eyesight,
and God is my only Judge.

Therefore, I was more then pleased to write this letter for Michael Winans Jr., and
these are not things that I have heard about him, these are things that I know about
him.  There is an old song title that can sum it all up much better than I could ever
do,  "To Know Him Is To Love Him".

MAY GOD BLESS YOU, AND YOURS ALWAYS
REV. ERNEST J. JOHNSON

Date: 10/30/14

**Subject: Letter of Recommendation for Mike Winans**

Judge Sean Cox

Theodore Levin U.S. Courthouse

231 W. Lafayette Blvd. Room 257

Detroit. MI 48226

Dear Judge Sean Cox,

I take great pleasure in sending  you this letter of recommendation for Mike Winan's.  I am the President of the Prince Georges County for Maryland Chapter.  I have personally known Mike for 5 years. We are 501C Mentoring Organization out of Maryland that are set up to mentor and teach the youth of County. Please note, Mike has graciously spent many hours of his time working with our organization to mentor the troubled youths regionally. He has always been an upstanding type of individual that was always available when called on to help our mentees. I am requesting you please take this in consideration as you review the current legal case against Mike. He really believes in helping and supporting any good cause in the community. I encourage the court his good acts under consideration.

Warm Regards,

Walter Kirkland
**President**
**100 Black Men**
**Prince Georges County INC.**

October 1, 2014

Elder Selester Kirkwood

~~[redacted]~~

Dear Judge Sean Cox

My Name is Selester Kirkwood

I am good Friends of Michael Winans Jr.
Parents. I have been Knowing this family
over 25yrs. I've never Witness but good
things with this family, they always
appear to be working together As a family
There Son Michael has always seem
to be Very smart, and Very intelligent,
always wanting to spread the good News
in Song. And not only did he spread
good news in Song, But Also complete
College which say's a very good thing
about his character, We need more young
men like Michael Winans Jr. Thank you,
And God Bless you Judge Sean Cox.

Selester Kirkwood

11-16-14

To: Judge Sean Cox,
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Room 257
Detroit, MI 48226

From: Duane Knight


Dear Judge Sean Cox,

My name is Duane Knight and I am written this letter in behalf of Mike Winans Jr. As a radio announcer since 1995, I've known members of the Winans family since 1997 when I worked with his aunts Angie and Debbie on their "Bold" album. I meet his parents Mike and Regina shortly afterwards and Mike Jr and sister Shay around 1999 when Mike Jr and his cousins came out with their CD.

It was through my wife and I relationship with Mike Sr and Regina that I got to know Mike Jr. Most of our relationship revolved around gospel music and the gospel music industry. He is an excellent producer and knows the business of the music industry very well. I've always found him very mature and ground for his age compared to other young people I've met in the music industry that became big headed due to a little success. The three of them, plus sister Shay, would hang out with my wife and I when they came to NYC a few times.

I felt it a heartwarming honor when towards the latter of part of our relationship, Mike Jr and Shay would call my wife and I Uncle Duane and Aunt Gloria. It's one thing when you have blood related family, it another when others feel loved enough to call you family.

Living in Brooklyn, New York, and through his parents, I heard of how Mike Jr. was one of, if not the, driven force behind the "Winans Phase 2" singing group with his three cousins. Also how he was even helping his sister Shay with her project and her shyness. Truly a sign of a good brother and mentor.

I encourage the court to take his good acts under consideration and even the good things he has done while sentenced into consideration when contemplating adjusting his sentence to one of time served and an early release. Thank you for your time.

In His service,

Duane Knight

CC: Glenn F. Ivey, Leftwich & Ludaway
1400 K Street N.W.
Suite 1000
Washington, D.C. 20005

September 7, 2014


Attorney Glen F. Ivey
Suite 1000
1400 K Street, NW.
Washington, DC 20005


Re: Michael Winans Jr.

My name is Denise Larsosa, I am the mother-in law of Michael Winans Jr. When I first met him he was 17 years old and one of my daughter Stephanie's friends. Their relationship developed and blossomed to include love and marriage, as well as, becoming the parents of a daughter. One of the first qualities that I noticed about Michael, was his politeness. Over time I have come to recognize and appreciate him as a person that embodies a deep genuine goodness and kindness in his soul. He gives of himself to others, always making time for family and friends, providing a listening ear, and a sense of direction. Michael, provided his assistance to our family by driving my daughter's vehicle to Detroit, MI, from Washington, DC, in 2004, refusing any payment for his good deed. I have experienced firsthand his kindness, care and concern; when I am feeling down he listens, offering expressions of care and concern that provide a reason to be hopeful about having a positive outcome. He invited my husband (Diagnosed with Alzheimer's Early Onset) and I, to reside with his family. Michael gives of himself, demonstrating care for his fellow man by participating in community programs that provide mentoring to those who are less fortunate, i.e., homeless men and the juvenile youth populations.

I encourage you to consider that Michael Winans, Jr., is a young man who can best make amends by obtaining his freedom to return to the community, so he can work and earn money to make payments towards any restitution that he may owe.


Sincerely,

Denise Larsosa
Denise Larsosa

September 7, 2014


Honorable Judge Sean Cox
Theodore Levin United States Courthouse
231 W. Lafayette
Room 257
Detroit, MI 48226


Dear Honorable Judge Sean Cox,

My name is Michelle Larsosa, and I'm writing this letter on behalf of Michael Winans, Jr. I have known Michael for more than 15 years and can truly say that it is a pleasure to be in his company. I am his sister-in-law. When I met him he and my sister had just begun their friendship, and he became a fixture in her life as well as the rest of our family. Michael is a kind, loving, and generous person. Michael has always inspired me to be the best person that I can be and to seek out joy and positivity in all that I do. He has served as a mentor for high school students, and served the elderly and homeless. Michael has been both a friend and brother to me by providing personal and professional encouragement, and always reminding me of my value as a person. He is the example of an upright and God fearing man that I admire and respect. He takes responsibility for his actions and is willing to face his challenges head on. I have watched him grow from being a young man to a committed husband and father. Michael was successful in building his music production business, and was able to assist those around him in pursuing their dreams. He works hard, and does his very best to inspire and uplift those around him. It is my hope that you will consider Michael's character and the positive seeds that he has sown into his family and community. Please have mercy on him as you evaluate this case, and allow him to correct this situation with the support of his family and loved ones.


Sincerely,

Michelle Larsosa

Michelle Larsosa

Dear Judge Sean Cox,

My name is Marshall Leathers, I have known Mike Winans for over 8 years as his colleague. I have had the pleasure to witness, first hand, his kind personality, genuine spirit, and the love and respect that he shows others. It is a rare individual in our community who commands as much respect as Mike Winans, both for his professional achievements and familial values. He has acquired professional accolades as a songwriter and producer, and has a loving family who is devoted to him. Mike Winans is an upstanding asset to society who is a gift to the world and has so much more to offer.

Thank you,

Marshall Leathers

Sept 30, 2014

Judge Sean Cox,    (5)

My name is Ashley Love and I am writing on behalf of Michael Winans, Jr. I am Mike's first cousin (one of many). I have known him my whole life, 27 years. All I could ever say about Mike is that he's one of the nicest guys. He has an incredible heart and is really a joy to be around. I've never seen him without a smile on his face. He loves his family beyond measure. I know that he's a great husband and father. He's amazingly loving and considerate.

I ask you to take into consideration the character I know him to have. I hate

Knowing that Mike has made decisions that caused such a negative impact on his life and his family's life. It breaks my heart cause it doesn't line up with what Mike truly believes or who he truly is. I know that mistakes have consequences, but I am hoping and praying for mercy on Mike's behalf. I believe it's something he deserves and I know this experience has taught him a huge lesson. I know without a doubt that Mike will never make the same choices he has in the past. He is such an awesome person and I know his family misses him immensely. Thank you!

Ashley Rose

**Glenn F. Ivey**

Subject:                        FW: Debra Luter-Jones' Character Letter for Mike Jr.

Date: Sun, 25 Jan 2015 23:57:26 -0500
From: ▓▓▓▓▓▓▓▓
To: ▓▓▓▓▓▓▓▓▓▓▓▓
Subject: Debra Luter-Jones' Character Letter for Mike Jr.

*January 21, 2015*

*Honorable Judge Sean Cox – Room 257*
*Theodore Levin U.S. Courthouse*
*231 W. Lafayette Blvd.*
*Detroit, Mi 48226*


*Dear Judge Sean Cox,*

*I am writing on behalf of Michael Winans Jr.  I met his family in 1997. Even though he comes from a very well known family, he was very rooted and grounded in love, through the nurturing of his parents.  He was very warm and friendly towards me when I first met him.  I believe this young man deserves an opportunity to use his gifts and intelligence, sharing his life with his wife and child.  He deserves an opportunity to earn a living working to support his family.*

*I have spent over 25 years in the field of Social Services, Mental Health, Law Enforcement and Probation (both adolescents and adults).  I know when people have good character, a sincere heart, and overall honesty. I believe this young man has it all.*


*Sincerely,*

*Debra Luter-Jones*
*Los Angeles, CA*

Kevin L. Mackie

To Judge Sean Cox

I a writing to you hoping you will consider Michael Winans Jr.'s character in reviewing his sentence My Name is Kevin L. Mackie and I have known Mike all his life. His parents and I went to church together and his father and I have a relationship that goes back to our parents friendship before either of them were married or had children. Our fundamental beliefs of faith and family have guided three generations of Mackies and Winans. Our desire to help our fellowman has been instrumental in our decisions to serve our communities through church ministry. I pray that this letter will help you decide to re consider this young mans life and family

Sincerely
Eld. Kevin L. Mackie
Eld. Kevin L. Mackie



November 15, 2014

Judge Sean Cox
Theodore Levin Courthouse
231 W. Lafayette Blvd.  Room 257
Detroit, MI 48226

To Judge Sean Cox:

I am writing this letter in regard of Michael Winans Jr.  I have known Michael Jr.  for more than 15 years.  I must say it has been a pleasure to know this young man.  When I first met Michael Jr. he had no wife and no children. He was in a group called Winans Phase 2. After the group faded, Michael continued to be involved in producing and writing which was his real passion. Whenever his father and mother called us or we called them we would speak to Michael Jr. and he would give us an update on what was going on his life.

In regard for what Michael has done for me, I have children Mike's age and would tell my children that they should be more focused like Mike and take control of their destiny and purpose in life.  Every opportunity that I spoke to Mike he was always dropping nuggets of wisdom and knowledge to me regarding the music industry.  I write for the largest Christian paper in tri-state area, the information that he gave me, I in turn gave the information to independent artists and people who wanted to enter into Gospel Industry, whether it was to write, sing, or produce. Mike has so much information in him that he doesn't mind imparting into others.

My love for Michael will always be here.  I just feel that the time that was given here Michael Jr. was in excess. Especially when he tried to pay people back as soon as he found out the person he was working with was not doing his part of paying people their money.  Michael Jr. is, and always will be, a hardworking man. I believe him being incarnated is not going to help people get their money back.  He was naive in trusting that man, but I honestly believe if he is let out he would work very hard to continue to return all the people's money, because that is the kind of man he is.

Sincerely,

Minister Gloria McCray-Knight

Minister Gloria McCray-Knight



Desiree M. Mondesir

Judge Sean Cox
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 257
Detroit, MI 48226

Dear Judge Cox,

My name is Desiree M. Mondesir and I am the Managing Editor for GospelToday.com, under the direction of Roland Hairston, Editor-in-Chief and Publisher. Mike Winans Jr. and I have been acquainted via Facebook since 2011, before his unfortunate situation took place. I knew of Mike because I and my family are longtime supporters of the Winans family and their various groups. As a young woman, I grew up on Winans Phase II. So naturally, I was very disappointed and let down to hear the news about his situation.

My personal decision of Mike's innocence, and really, the lack thereof, was purely based on the media and the words from his attorney. The attorney seemed to believe he did it, so I was sadly convinced as well. Yet I remained friends with Mike on Facebook.

Over time, I noticed that he started posting Notes (short blogposts) on Facebook from prison. And after a time, I became impressed. There was a marked change in his Facebook demeanor. And while we can all admit that there are many who put up certain facades on this social media outlet, what's inside a person always eventually comes out. When I first "friended" Mike, I was a bit sad to see him focusing more on secular music with such a rich godly, Gospel music legacy in his blood. Yet over the past year or so, I'd noticed his focus shift more to the things of God. And what's more, Mike did not spend his time trying to prove his innocence. He did not, as Shakespeare once said, "protest too much."

Still believing his guilt, my perception was that Mike did do was he was accused of, yet had had a change of heart in prison. So after discussing it with Mr. Hairston, I invited Mike to become a columnist for GospelToday.com, believing his predicament and more importantly, how he handled it, would be a testament to God's transformation of his life and also an encouragement to others in prison or similar hardships.



It wasn't until after extending this invitation that I viewed *The Lexi Show* interview on Youtube with Mike that I realised he was not guilty. A later interview featuring Mike Winans Sr., also viewed on Youtube, confirmed this to me. If he was guilty of anything, in my opinion, it was being a kind and trusting person who was simply taken advantage of. When I became acquainted with his wife, Stephanie, through our Gospel Today interactions, I repented to her for my previous beliefs regarding her husband.

My personal opinion of Mike's innocence may not influence you in either direction, sir. However, perhaps you, like me, will take notice of his demeanor, personality, and other kind qualities.

Mike's first article on GospelToday.com may very well be published by the time you read this letter, as well as an article on behalf of the Gospel Today Team introducing Mike to our audience and more importantly, explaining why we stand with him. We look forward to Mike being a productive member of our media platform. I trust God and conscience to lead you to make the proper decision(s) concerning the future of Mike Winans Jr.

Most Sincerely,

Desiree M. Mondesir

Desiree M. Mondesir

Dear Sir or Madam,

Hello. I am writing a character reference letter to Michael Winans Jr. character. I feel strongly about Michael, and about his future, and I want to try to make you feel the same way.

Michael is a person of good moral character. I realize that might seem hard to believe, given the circumstances, but it's true nonetheless. I have known Michael for two years, and in that time I have seen him go through ups and downs, but all the while I have been convinced that he is a decent person at the core. He attends church with me and is a man of God who loves God, his family and people

Everyone has made mistakes, and Michael is incredibly remorseful, and is willing to do whatever it takes to make reparations, financially and emotionally, if possible. He needs you to give him an opportunity to get a second chance.

Thank you,

Akindele Alexander Omotosho

October 1, 2014

Glenn F. Ivey, Leftwich & Ludaway,
1400 K Street, N.W. Suite 1000
Washington, D.C. 20005.

To Whom it may Concern:

My name is Michelle Scott, I have known Michael Winans jr. since he was born. I was "the babysitter" for Michael and his sister LaShay for several years. I have a close relationship with the Winans family.  I've watched him grow from a baby to a man now a husband and a father.  Michael is not who the media portrays him to be.  I know him to be a family oriented, he loves to help people, and he's down to earth, easy to talk to, a businessman, a loving husband and a great father.

Michael is a caring, generous, respectful, hard working young man.  He has never been in any type of trouble with the law. It is disheartening to me and the people who really knows him that he was sentenced to 14 years in federal prison.  He is not a habitual offender and needs an opportunity to be heard.

Thank you

Mrs. Michelle Scott

Kevin Thomson


September 30, 2014

Theodore Levin US Courthouse
231 W. Lafayette, Room 257
Detroit, MI 48226
Attn: Honorable Judge Sean Cox

Dear Honorable Judge Cox,

**Re: Michael Winans, Jr.**

I have known Michael Winans, Jr. as a colleague, client and close personal friend for over 5 years. Mike and I immediately struck a connection when we met back in 2008 as I was working as an attorney with his music publisher, Bad Boy Entertainment. My first impression of Mike was very different than that of many artists in his position in the music industry, as he always had a special way of communicating with people and treating everyone with the same level of respect, regardless of their status. As the years passed, the closer Mike and I became, and the more I appreciated his kindness, sincerity and overall positive outlook on life. Regardless of what has ever been going on in Mike's life (positive or negative), he has always made sure to check in on me and my family and make sure that everything is well in my life.

When I began working with Mike on re-launching his career as an artist back in 2010, there were criminal accusations against him and it was a major topic discussed between us. The purpose of my addressing this is clearly not one of establishing innocence or guilt, but rather to share Mike's passion for the city and the people of Detroit and the deep regret he has expressed on the way things eventually turned out. Mike loves his hometown. He had a very big dream for Detroit and a genuine desire to see an improved economy and a better life for the people of the poverty stricken city. A major motivating factor behind Mike's singing career (and one which I shared with him) was to provide him with a platform for which he might be able to clear his name, and do that not from a position of pure defense. Mike's number one goal in rebuilding his career has been to put himself in a position to make whole those who might have suffered any loss relating to him or his former associates.

Mike is a great person with an incredible heart and I am hopeful that my words have been successful in expressing this. Mike is not your typical artist or entertainer and I can honestly say that he has genuinely impacted my life for the better and many of those around him. I am hopeful that the court will take this opinion into consideration and recognize these exceptional qualities.

Yours very truly,

Kevin Thomson

1

Theodore Levin
United States Courthouse
231 W. Lafayette Blvd., Room 257
Detroit, MI 48226
 Attn: Honorable Judge Sean Cox

September 24, 2014

The Honorable Judge Sean Cox:

This letter is written on behalf of Michael Winans, Jr. I have known Michael for 3
years, having first met him in August 2011. I contacted him to write a song for my
Gospel recording project. He graciously agreed and penned the most amazing song
entitled "Lose Myself." The song describes a man who strayed from his religious
base. After finding himself in trouble, he realized that he must let go of pride to find
his way back to God. This song reveals Michael's spiritual revelation and
transformation. I later contacted Michael to arrange and record background vocals
for a different song. Again, he did an outstanding job. In my dealings with Michael, I
found him to be extremely professional, prompt and such a delight to work with. I
have continued to keep in contact with Michael and consider him a very dear friend.

 I was surprised when I found out about this charge against him. I believe he made
some poor decisions due to bad influences, but I know he is very remorseful. I beg
the court to have mercy on him. I feel that both Michael and the community would
be better served if he was released from prison.  We all make mistakes, and we all
deserve a second chance. I know if given the opportunity, Michael will do
everything in his power to make restitution to the victims and restore his family's
good name. I humbly and sincerely ask that you do not alter the direction of his life
based on one bad decision. Thank you for your consideration.

If you have any further questions, please contact me at ███████████.

Sincerely,

Kendall Triplett

**Glenn F. Ivey**

**Subject:**          FW: Melvin Walker's Character Letter for Mike Winans Jr.

Date: Sun, 25 Jan 2015 23:53:04 -0500
From: ▓▓▓▓▓▓▓▓▓▓
To: ▓▓▓▓▓▓▓▓▓▓▓▓
Subject: Melvin Walker's Character Letter for Mike Jr.

January 18, 2015

Honorable Judge Sean Cox - Room 257
Theodore Levin U. S. Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

Good Day Judge Sean Cox,

My name is Melvin Walker. I am the Pastor of Power in Pentecost Fellowship Ministries in Redford, Mi. I also am a working professional at Hertz Corp. located at Detroit Metro Airport. I have known Mike Winans Jr. since he was born. My wife and I have been friends with the Winans family for well over 35 years. We attended the same church. We watched and observed Mike Jr in our church. As a young man, he sang in the youth choir with our daughters. He was always very helpful, fun loving, he was your average kid. As he grew, he loved to sing and produce music with his cousins, and followed in the footsteps of his father, mother, and uncles. Soon he began to run his own studio to produce music for up and coming artists.

He taught classes in the studio to help teach others the information that he knew. This would help new artists cut studio costs and that would allow them to get more done for less.  We recorded our music in his studio. I had never been in the studio before and Mike Jr was very helpful and instrumental in the development of our sound and music. He offered assistance in areas that he really didn't have to, but, he wanted us to put out a good product. When we first started our church he offered to lease space in his building on Sunday's for us to have our services. Mike Jr. has always had a heart for Ministry and giving to others. Please take into consideration the things that Mike Jr. has done, and will do.

Melvin Walker Jr., Senior Pastor
Power In Pentecost
Fellowship Ministries



Sûnergeō
Christian Fellowship
*Working together...with God and One Another!*

Julius L. West - Lead Pastor

November 10, 2014

Judge Sean Cox
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 257
Detroit, Michigan 48226

Your Honorable Judge Cox:

My name is Julius West and I have known Michael Winans since he was about seven years old. At that time, I had a very close personal and professional relationship with both of Michael's parents and spent a lot of time around their family. After years of separation through time and distance, I have been reunited in a close relationship during the past two years.

I can personally vouch for the deep-rooted morals and Christian values that have been instilled in Michael over the years. As a result, it is his faith that has been the most instrumental factor in shaping his character and guiding his conduct. Our various conversations have convinced me that his desire to stand unashamed before his God would prevent him from ever knowingly do anything of an illegal or legally questionable nature. I believe that his commendable track record helps to substantiate my heartfelt belief.

I pray that the court will give full consideration to Michael's basically unblemished personal history and his exceptional potential for success in rendering its judgment. I am hopeful that his attempt to live a respectable and honorable life would be rewarded by a measure of grace that tempers and surpasses the mere administration of justice.

Respectfully,

*Julius L. West*

Lead Pastor
Sunergeo Christian Fellowship

Sunergeo Christian Fellowship | 15218 Summit Ave, Ste. 300-440 | Fontana, CA 92336 | 888-317-3642
Worship Site: Foothill Knolls Elementary | 1245 Veterans Court | Upland, CA 91786

October  4, 2014

Theodore Levin U. S. Courthouse

Judge Sean Cox – Room 257

231 W. Lafayette Blvd.

Detroit, MI 48226


Honorable Judge Sean Cox:

My name is Valerie White and I am writing this letter on behalf of my nephew, Michael Winans Jr.

I have known Mike for his entire life.  He grew up as a loving child in a christian home.  He displayed a

variety of talents at a young age.  He excelled in academics, sports, musical abilities, and leadership

qualities.  He loves people and always expresses a desire to help whenever he can.


I've witnessed him partake in various community outreaches by giving his peers an opportunity to

express themselves through their gifts/talents in the arts.  These opportunities  helped to boost the

morale of the young people.  Mike was their inspiration to aspire to be the best in life that they can be.

That's the type of heart he has.  It's all about helping others.  That's always his intention.


Mike is family oriented: He loves his parents, sibling, grandparents, wife, child, aunts, uncles, & cousins.

Whenever he can lend a helping hand, he's willing to do so.  I've watched him evolve into a young man

of integrity who loves God and willing to sacrifice and give to others in need.  I'm not just saying this

because he's my nephew, but this is what I've seen and know.  He's also excelled in ministry and willing

willing to be all that God intends for him to be.  I thank you for considering my letter.


Sincerely,

Ms. Valerie White

Theodore Levin U.S Court House

231 W. Lafayette Blvd.  Room 257

Detroit, Michigan  48226

September 29, 2014

Honorable Judge Sean Cox:

My name is LaRhonda M. Whitehead, I am the cousin of Michael Winans Jr.  I am writing this character letter on behalf of my cousin in hope that the court can get a true understanding of who Michael Winans Jr. truly is.

Michael has always been a God fearing young man.  Even as a child growing up Michael was always quiet and reserved, never displaying any haughtiness about himself.

I have known my little cousin all of his life even before he was born.  Michael has very respectful and honest parents, who raised him to be the same way, never diverting from his lineage.

I can say without any reservation that Michael would never intentionally deceive anyone.  Michael has always been a good kid and young man.  He has always been actively involved in the church as my whole family.

I am asking during this process that this harsh judgment that has been bestowed on my cousin be lifted. All we want is fair and true justice.

Sincerely:

LaRhonda M. Whitehead

September 30, 2014

Theodore Levin U.S. Courthouse
Judge Sean Cox – Room 257
231 West Lafayette Blvd
Detroit, Michigan 48226


Honorable Judge Sean Cox

I am writing a character letter for Mr. Michael Winans Jr.

I have known Michael Winans Jr. for over 20 years, and we are like family and friends.   I watched him being raised in a very structured environment.  He has been a role model and mentor to others. For example, I witnessed him helping homeless people become functional members of society.  I believe I am in a position to speak on behalf of Michael Winans Jr.'s moral character because I have been around his family before he was born, so I hope you will take this letter into account when making your decision.

Michael Winans Jr. is, in short, a good person and has a heart to always help others and not to hurt.  He has always been kind and generous with others. He has a strong sense of duty, which applies in his job, family, and community. He also possesses a great deal of integrity, and constantly strives to make sure he is doing the right thing.

It must be difficult for you to make decisions like this when you don't actually know the person standing in front of you, so I hope you will consider my letter and the countless others you're receiving, and understand that Michael Winans Jr. is the kind of person whom people rally around. That has to say something, so please let that be a factor in your decision.


Thank you,

Sincerely,

Carlesa J. Williams
Carlesa Williams

Theodore Levin U.S Court House

231 W. Lafayette Blvd.  Room 257

Detroit, Michigan  48226

September 29, 2014

Honorable Judge Sean Cox:


I Elizabeth E. Williams, am writing this character letter on the cognoscente of Mr. Michael Winans Jr.

I have known Michael since he was a baby.  I have seen Michael grow from an adolescent into a noble and honorable young man.  I have been very close to Michael's Parents, Aunts, Uncles, and Grandparents for many years, as to where Michael and his cousin's affection call me "Auntie".

Michael was reared in the Church being taught to be honest and God fearing, in which I have never witnessed anything less from Michael.

Michael has always had the youth coming under him admiring his stability and caring attitude, always paying it forward to the youth up under him.

Michael has never had any trouble with any illegalities to my knowledge.  Michael not only has be an inspiration to the youth, he has always had the respect of the elders of the church and community alike;

I am not writing this letter because I love and know Michael, I am writing this letter to see that justice will prevail on his behalf.

If Michael made a mistake in what he is accused of, it is just that an honest mistake.  I hope and pray that true justice will be served on behalf of Mr. Michael Winans Jr.



Very Truly Yours:

Elizabeth E. Williams

Dear Judge Sean Cox

My name is CeCe Winans and I'm writing on behalf of my nephew Michael Winans jr (Mike) who is presently incarcerated.  Of course I have known Mike for all of his life and have never known him to give his parents, teachers or anyone else an ounce of trouble. Mike has always been a very respectable mild mannered young man. When I heard of the trouble he had gotten into a few years ago my heart sank. I must say I was extremely hurt but not shocked by the news about Mike because I know how easy it is for anyone to make a wrong choice and turn their life upside down. Though Mike has made his share of mistakes like the rest of us I believe if you look at his life you will see his character and you would know that prison is not where Mike should be.

Mike has a beautiful wife and baby daughter he loves very much and they need him home. I know he will be a God fearing law abiding citizen for the rest of his life! I ask for mercy, release Mike. Thank you

Prayerfully, Auntie CeCe

Theodore Levin U.S Court House

231 W. Lafayette Blvd.  Room 257

Detroit, Michigan  48226

September 29, 2014

Honorable Judge Sean Cox:

I Delores A. Winans, the grandmother of Michael Winans Jr., am writing this letter making a heartfelt appeal for all involved in the judiciary system regarding his legal matter to re-evaluate the facts and allegations brought upon my grandson.

My husband the late Elder David Winans Sr., and myself has had a consistent presence in Michael's life from infancy into adult hood.  Michael was born and raised in the Church with good moral and ethical practices.

His parents have raised him to be an honest and upright person, and he has demonstrated that all of his life.

I believe that Michael never would have intentionally cause harm to anyone.  He is an upstanding and compassionate young man.

Michael has a Wife, Child, Parents, Aunts, Uncles, Cousins, and Constituents, who all can attest to his true character.

Respectfully Submitted:

*Delores Winans*

Delores A. Winans

_____

███████████████

████████████████████

███████████

To whom it may concern:

My name is David Winans II. I am Micheal Winans Jr.'s eldest uncle. I have known Micheal his entire life, and I still find the dilemma he is in, unbelivable.

Knowing his demeanor, I can see how he was duped into this predictament by the outside forces, getting him to use his name, our name, to influx their multitudes. Michael was well off before this happened. He had been a very successful songwriter, producer and entertainer.

BEFORE THIS INCIDENT, I WAS

IN THE PROCESS OF PREPARING TO DIRECT

MICHAEL'S UPCOMING TOUR. HE HAD DONE

A LOT OF GROUNDWORK IN HOPES OF BEING

ABLE TO INCLUDE IN TOUR, CHILDREN HOSPITALS,

ELDERLY HOMES, AND HOSPICES TO BRING

HIS MINISTRY OF MUSIC TO ENLIGHTEN

THOSE WHO WERE LESS FORTUNATE, FAINT OF

HEART, AND LACKING IN FAITH. I

HAVE HEARD OF THE GREAT WORKS HE HAS

BEEN DOING, DURING HIS INCARCERATION.

HIS BLOGS FROM THE INSIDE, HAVE BEEN

READ BY THOUSANDS ON THE OUTSIDE

HAVE BEEN VERY UPLIFTING, AND I

AM SURE HAS HAD A POSITIVE EFFECT

ON THOSE WHO HAVE HAD THE FORTUNE

OF HAVING ~~HIM~~ HIM IN THEIR MIST, FOR

THIS TIME. I PRAY THAT HIS GOOD DEEDS

AND BEHAVIOR HAVE BEEN DEMONSTRATIVE

IN BRINGING THIS TERRIBLE ORDEAL TO A

SHORTEND LIFE SPAN. PLEASE SHOW MERCY

TO THIS YOUNG MAN, AND RELEASE HIM

WITH NO CONDEMNATION.

SINCERELY

DAVID WINANS II

Dear Your Honor,

I am writing this letter on behalf of Michael Winans Jr. I just want to say that we all make mistakes and get caught up in something that we shouldn't get caught up in. With that being said I want to say that I have known Mike for 25 years and not one time in those 25 years have I ever questioned his character. I know that it was never in Mike's character to try and trick people out of millions of dollars and run of with their money. I do believe that he went into this opportunity with the mindset of I want to help everyone. And he thought that this would be the best opportunity because of what he was told by the person who brought him in the business. I know Mike to be one of the most positive people and to just want to help others in need. For example, he has given back to his community through charity. He has help raise money to give to the less fortunate. Another example just to include the music business, he has created opportunities for people who couldn't offered to pay anything for studio time to come in and record free of charge. That is his character, to help. Not to hurt and mislead or steal from anyone. I believe that if Mike was

given another chance to make everything right then he would do it in a heartbeat. I ask that you give that chance to him to make it right and I believe you will see the true character inside of Mike Winans Jr. Thank you for taking the time to read this letter. It is greatly appreciated.

Sincerely,

Ian Winans

10/04/2014

September 12, 2014

Theodore Levin United States Courthouse
Judge Sean Cox – Room 257
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Honorable Judge Sean Cox,

Michael Winans Jr., affectionately known as Mike, is the best brother we could ever ask for. He's exhibited leadership qualities since his early years and it has shaped him into an upstanding individual. Everyone that meets him loves him.

He has accomplished a great deal of achievements, especially in music production, and is a joy to work with. He's worked with mainstream artists', been nominated for a Grammy, and has made a nice living through his musical talents.

Mike is compassionate, driven, motivated, dedicated, loyal and honest. Anything that describes him otherwise is 100% false and considered traducing. He's also a very caring person. It's just a part of his nature and Christian background to help and not hurt. It was never his intention to try to steal from anyone, and I know that Mike is going to repay the outstanding debt.

**God really has a major call on his life!**

We value your time in reading this statement.

Thank you,

Larry Whitt & LaShay Winans-Whitt

September 12, 2014

Theodore Levin United States Courthouse
Judge Sean Cox – Room 257
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Honorable Judge Sean Cox,

We are writing on behalf of our son, Mike Winans Jr.  We are his parents and have seen the development of an awesome young man.  He is of the utmost character and reputation.  He was raised in a Christian home where he and his only sister were taught to have the highest respect for themselves and others, and to treat others like they desire to be treated.

Mike was a precocious child who possessed leadership skills early on.  All of the activities we exposed him to, (baseball, basketball, tennis, volleyball, bowling, ice-skating, roller skating, etc.) allowed constant interaction with fellow teammates who always seemed to look up to and deem him as their leader; their inspiration; their example.  He attended Christian Schools during Elementary and Jr. High, played the trumpet, taught himself to play the piano and graduated with honors.  He went on to attend Martin Luther King Jr. Senior High School where he also excelled in the Math & Science Curriculum, was on the basketball team, a member of the Gospel Choir, and graduated in 2000.  Mike attended Schoolcraft College (On-Line Program) while traveling and honing his musical career.  He received an Associate Degree in Business Administration in 2002.

Mike has worked diligently and passionately to succeed in music where he has versatility as a singer/performer, songwriter, producer, engineer, etc.  He's an avid reader, which indicates that he's always willing to learn more so he can offer & help others more.  Mike has a heart for the people; especially those of his peers.  He's hosted several events, (i.e. High School Talent Searches, Recording Engineer Classes, Music Informative Classes, etc.), where his goal was to help others learn & succeed in their passions also.  He puts the needs of others above himself.  He's been unceasingly diligent at achieving many goals in his life, and because of that diligence, he has been awarded many honors, trophies, service awards, certificates of recognition, and also a Grammy Award Nomination.

As he has matured, we have seen the attribute of forgiveness operate in his life.  He walks in integrity....If he's wrong, he asks for forgiveness.  If he's been wronged, he forgives.  Mike is an intelligent, kind, sweet, gentle, loving, compassionate individual who thrives on helping and being a blessing to others.  He is an outstanding person who brings much joy to those who are in his company.  He's caring, friendly, supportive and greets all with a pleasant smile. He's a great husband and father!  He's an active member of his church and the community. We couldn't have asked for a greater son whom we love from the depths and bottom of our hearts!  He has made us proud!  We are BLESSED to have Mike in our lives!

We thank you for the opportunity to share with you, out of the sincerity of our hearts, our son, Mike Jr.

Sincerely,

Michael & Regina Winans

September 12, 2014

Theodore Levin United States Courthouse
Judge Sean Cox – Room 257
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Honorable Judge Sean Cox,

We are writing on behalf of our son, Mike Winans Jr.  We are his parents and have seen the development of an awesome young man.  He is of the utmost character and reputation.  He was raised in a Christian home where he and his only sister were taught to have the highest respect for themselves and others, and to treat others like they desire to be treated.

Mike was a precocious child who possessed leadership skills early on.  All of the activities we exposed him to, (baseball, basketball, tennis, volleyball, bowling, ice-skating, roller skating, etc.) allowed constant interaction with fellow teammates who always seemed to look up to and deem him as their leader; their inspiration; their example.  He attended Christian Schools during Elementary and Jr. High, played the trumpet, taught himself to play the piano and graduated with honors.  He went on to attend Martin Luther King Jr. Senior High School where he also excelled in the Math & Science Curriculum, was on the basketball team, a member of the Gospel Choir, and graduated in 2000.  Mike attended Schoolcraft College (On-Line Program) while traveling and honing his musical career.  He received an Associate Degree in Business Administration in 2002.

Mike has worked diligently and passionately to succeed in music where he has versatility as a singer/performer, songwriter, producer, engineer, etc.  He's an avid reader, which indicates that he's always willing to learn more so he can offer & help others more.  Mike has a heart for the people; especially those of his peers.  He's hosted several events, (i.e. High School Talent Searches, Recording Engineer Classes, Music Informative Classes, etc.), where his goal was to help others learn & succeed in their passions also.  He puts the needs of others above himself.  He's been unceasingly diligent at achieving many goals in his life, and because of that diligence, he has been awarded many honors, trophies, service awards, certificates of recognition, and also a Grammy Award Nomination.

As he has matured, we have seen the attribute of forgiveness operate in his life.  He walks in integrity....If he's wrong, he asks for forgiveness.  If he's been wronged, he forgives.  Mike is an intelligent, kind, sweet, gentle, loving, compassionate individual who thrives on helping and being a blessing to others.  He is an outstanding person who brings much joy to those who are in his company.  He's caring, friendly, supportive and greets all with a pleasant smile. He's a great husband and father!  He's an active member of his church and the community. We couldn't have asked for a greater son whom we love from the depths and bottom of our hearts!  He has made us proud!  We are BLESSED to have Mike in our lives!

We thank you for the opportunity to share with you, out of the sincerity of our hearts, our son, Mike Jr.

Sincerely,

Michael & Regina Winans

January 27, 2015

Stephanie Winans


Judge Sean Cox
C/O Theodore Levin
U.S. Courthouse
231 W. Lafayette Blvd.
Room 257
Detroit MI 48226

Dear Judge Cox,

My name is Stephanie Winans. Michael Winans Jr is my husband. We have been married now for 6 years and have a 3 year old daughter together, but we have known each other as friends for almost 16 years. The length of time we've known each other and the relationship that we share causes me to feel extremely comfortable in regards to speaking to the true character of Mike Winans.

As long as I've known Mike he has been kind, respectful, humble and just an all-around great guy. We met as teenagers. He was in a Christian music group with his cousins pursuing his dreams. They traveled all around the world, were nominated and won several high ranking awards, but you would never know it. Mike was always down to earth. He was never one to look down on anyone unless he was looking down to pick them up. I personally watched him support his immediate family members and friends alike financially as well as offering a shoulder to lean on and an ear to listen. I was one of those friends who needed a shoulder to lean on from Mike.

When I was 18 years old my brother died unexpectedly just shy of his 20th birthday of a pulmonary embolism. Shocked and heartbroken I sought comfort and support from those I knew best. Mike was one of those individuals for me. At that time, he constantly called to check on me when I returned to college; to pray with me and at times to read the bible with me over the phone. I never forgot that.

I went to college in Washington, DC away from all of my family. At times I would get lonely. But, it always warmed my heart to know my friend, Mike, in Michigan thought enough of me to reach out and stay in touch. His actions certainly made me feel special, but the truth was I knew he was like this with everyone he cared about. This is what made me fall in love with him.

Once I graduated from college I returned to Michigan to pursue a career in Media/Television Sales. During this time a romantic relationship between Mike and I began to blossom. But, he always remained my friend first. He was there to cheer me on and push me to become by best self. His life was such an inspiration to me. He came from a world renowned musical family, but his immediate family didn't seem to flourish financially as some of his other famous relatives. I watched Mike inspire his own parents. Daily he would encourage them and give them advice on how to excel in their music career.

Meanwhile, his career as a song writer and producer began to take off.  He began scoring music placements with some of the top performers in the music industry and then he opened his own recording studio in Detroit, MI.  This gave him the opportunity to give back to the parents who raised him in order to help them get on their feet.

Never once did he complain.  Never once did he talk about what he wanted to do with his own money.  At times I even thought it was a bit excessive, but Mike truly loved his parents and his sister.  He taught me selflessness and that when you give to people, God will give it back to you.  He inspired me to want to become more of a giver as well.

This is why it broke my heart to hear the media and others portray Mike as a "thief", a "swindler" or even a "greedy" person.  Mike is NONE of these things!  If anything he is the exact opposite of those traits mentioned.

In the almost 16 years that I've known Mike I never heard him raise his voice to anyone or utter any profane words.  He does not drink, smoke or do any illegal drugs.  He is literally the nicest cleanest person I know.

This entire situation caught Mike off guard like a deer caught in head lights.  He trusted the wrong people.  But, it was always his intention to do the right thing.  He never wanted anyone to lose anything.  In fact, he only got involved with this situation because he thought it could help a lot of people he cared about.  And no one in this situation lost more than Mike.  He lost all of his own money in this investment.  The money he invested directly with Tim Hunt AND his money he used to pay people back IN 2008.  And now he has lost almost 2 years of his young life that he will never get back along with time from our sweet 3 year old daughter.

The media says Mike used his family's name to get people involved in this investment.  This is a completely false statement.  If it were true, how would it explain family members WITH the SAME name being involved?  The truth is Mike is a really great person with an infectious personality.  He was well known in Detroit and beloved by family and friends alike for the same reasons I mentioned earlier.  The outcry that you have heard from people comes from the fact that they never expected anything like this to happen with Mike.  People felt comfortable investing with him because everyone knew what a trustworthy person he was.  I suppose the same was true for Tim Hunt.  Maybe this is the reason he sought Mike out to help push this investment to begin with.

What I want you to know is this situation has changed Mike quite a bit.  He still loves God and he still loves people (even those who don't feel the same about him), but he now realizes that he made several missteps that he needs to correct and ensure never happens again.  It is and has always been his desire to repay anyone who lost anything in this investment.  Once he returns home I will help him make good on this desire.

It is now my prayer that you see past the headlines and see the man whose life you hold in your hands.  Michael Isaiah Winans Jr. is a husband, father, son, brother, friend and so much more.  Please give him the opportunity to correct this situation so that he can be a father to our young daughter.  She needs

him, so do I and the people adversely affected in this situation need him home to help recover all that was lost.

Thank you for your time on this matter.


Sincerely,

Stephanie Winans

Maurice Worrell



September 18, 2014

Attn: Judge Sean Cox
Theodore Levin U.S. Courthouse
231 W Lafayette Blvd, Room 257
Detroit, MI 48226

RE: Michael Winans

My name is Maurice Worrell, longtime friend and colleague of Michael Winans. Through the course of 6 years, I have built and maintained a solid relationship with one whom became a close friend. I first became acquainted with Michael as an employee of my Marketing and Advertising firm in June of 2008. From initial introduction, we connected and shared common interests in music, production and entertainment and ultimately developed our own music production company.

During the course of our friendship, I've witnessed Michael use his platform for the betterment of society; uplifting young people through motivational speaking, music seminars, mentor sessions and charity work. I have known him to possess the character of a selfless, kind hearted, warm and caring individual, as well as a loving father, role model and a great friend.

I am aware of the events leading up to his conviction and firmly believe he has been unjustly imprisoned. I believe his character is being defamed and used as propaganda to portray him as a criminal. I believe he has paid his debt to society, in addition to an unreported 75% restitution to those directly involved in this case. I encourage the court to take his good acts under consideration and kindly ask that you grant Michael Winans leniency in this matter.

Thank you for your consideration

Best Regards,

# Total Transformation International Ministries Inc.

P.O. Box 88906 ● Atlanta, GA 30356 ● Phone: 478-978-4928

September 29, 2014

To whom it may concern,

I have had the privilege of knowing Michael Winans Jr. and his family for more than 13 years. Over the years, I have had the opportunity of working with both Michael Jr. and his family on several projects. What I have come to appreciate most about working with them is their integrity and follow through. I have spent time with Micheal Jr. and his family and have noticed that their honorable conduct and character in their work ethic as well as personal down time is always consistent. Even in the songs that Michael Jr. writes and produces, he always refers to others with a great since of value and respect. This is also the way in which I have witnessed him handling people in both business and outreach. Every person, company or organization that I have referred Michael Jr. and his family to has always given me positive feedback on their experience with them. Because of this, Michael Jr. and his family continue have great credibility with me and our organization. Since I have known him, Michael Winans Jr. has been a genuine, generous, kind hearted and transparent friend. I pray that those who are in a position to use their influence in his favor will have the opportunity of seeing this as well.

Sincerely,
Kindra Wright
Total Transformation International Ministries Inc.

TAX ID #: 46-2438176

BEN ZOLNO
WRITER, DIRECTOR, STORYTELLER
BEN@NEWMESSAGEMEDIA.COM

 new message
MEDIA

September 25, 2014

To Whom It May Concern:

This letter is to serve as my character reference for Mike Winans, to offer perspective from someone who was fortunate enough to have been befriended by Mike.

The Mike I know is one of the kindest souls I've ever met.

I worked as a behind-the-scenes filmmaker for Atlantic Records when I met Mike and his sister Shay, during the taping of a song for a hip hop album, back in 2005.

While most in the industry go out of their way to ignore people like us, during the breaks Mike and Shay invited me in to be one of the group, treating me as an equal, with the rare understanding that in the industry, we're all a team. Further, Mike shared his philosophy of how we're all one as a people, across class, race, gender and even religious boundaries. This was quite a statement, considering the differences in fame, religion, and race between us. We spent hours talking over the course of a few days.

As people do, we said we'd stay in touch, but Mike actually did so.

When he came to LA, he'd call me up, and we'd go out with him and his friends to movies, and/or have dinner. When his fiancé, Stephanie, came out to LA, he asked me to take her out and talk to her about what the acting side of the business was like. We did so, and Stephanie and I continued to stay in touch.

When they were to be married, I was honored to be asked to the wedding, all the way on the east coast. When my girlfriend and I arrived, he treated us like family. When it was time for the guys to all hang out, he treated me like a brother. To this day, I am still in contact and friendly with the people I met that day.

At no point was there ever any conditions or stipulations around our friendship. His friendship is one I honor above most others I have.

He was and is a great man, with true compassion for even former strangers like me.

Sincerely,


Peter Benjamin Zolno



Theodore Levin U.S. Courthouse                                    October 15th, 2014
Judge Sean Cox - Room 257
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Sir,

      I am writing you on behalf of my nephew ( Michael Winans Jr. ). Unfortunately this is a letter I never thought I would ever have to write.

I have only known my nephew to be an outstanding law abiding citizen. This Misfortunate encounter in no way, shape or form describes his true identity.

I am a witness that his efforts in his short lifetime have been to better his self, his family, and his community by working hard, knowing from his youth, that hard honest work

Is the only work acceptable.  His Character is one that I, as well as other family members are without any hesitation to say, is a welcomed one.  Sir, no one could ask for a

better Husband, Son, Nephew, or Friend. It is with great expectation that any research done on his Character will reveal no less than what I have expressed.

Sincerely

Mr. .Daniel G. Winans